Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

for the

Western District of Louisiana

AUG 1 0 2026

_____ Division

DANIEL J. McCOY, CLERK
BY:_____

| | | |
|---|---|---|
| Shaquille D. Gibson | ) | Case No.  26-cv-2997 Sec P |
| | ) | |
| | ) | _(to be filled in by the Clerk's Office)_ |
| | ) | |
| _____ | ) | |
| _Plaintiff(s)_ | ) | |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) | Jury Trial:  _(check one)_   ☐ Yes   ☐ No |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) | |
| _please write "see attached" in the space and attach an additional_ | ) | |
| _page with the full list of names.)_ | ) | |
| -v- | ) | |
| | ) | |
| Sheriff Bobby Guidroz, Deputy Gordon, Former | ) | |
| Officer Mary Clark, Officer Yolanda Lewis, and John | ) | |
| Doe Intake, Booking, and Chaperone Deputies (The | ) | |
| _____ | ) | |
| _Defendant(s)_ | ) | |
| _(Write the full name of each defendant who is being sued.  If the_ | ) | |
| _names of all the defendants cannot fit in the space above, please_ | ) | |
| _write "see attached" in the space and attach an additional page_ | ) | |
| _with the full list of names.)_ | ) | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Shaquille D. Gibson |
| Street Address | 704 W. South St. |
| City and County | Opelousas LA, St. Landry Parish |
| State and Zip Code | Louisiana    70570 |
| Telephone Number | 318-295-0827 |
| E-mail Address | ShaqGotToGetit @ Gmail.Com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Bobby Guidroz |
| Job or Title *(if known)* | St. Landry Parish Sheriff |
| Street Address | 1592 E. Prudhomme Street |
| City and County | Opelousas, USA |
| State and Zip Code | LA 70570 |
| Telephone Number | (337) 948-6516 |
| E-mail Address *(if known)* | bguidroz@slpsheriff.com |

Defendant No. 2

| | |
|---|---|
| Name | Donald Gordon |
| Job or Title *(if known)* | Sheriffs Deputy |
| Street Address | 108 South Market Street |
| City and County | Opelousas, USA |
| State and Zip Code | Louisiana 70570 |
| Telephone Number | 337-948-5804 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Mary Clark |
| Job or Title *(if known)* | c/o St. Landry Parish Sheriff's Office |
| Street Address | 108 South Market Street |
| City and County | Opelousas, USA |
| State and Zip Code | Louisiana 70570 |
| Telephone Number | 337- 948- 5804 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Yolanda Lewis |
| Job or Title *(if known)* | c/o Opelousas Police Department |
| Street Address | 318 N. Court Street |
| City and County | Opelousas, USA |
| State and Zip Code | Louisiana 70570 |
| Telephone Number | 337- 948 - 2500 |
| E-mail Address *(if known)* | info@opelousaspd.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question               ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. § 1983; Fourth Amendment (Excessive Force, Unlawful Search and Seizure, Deprivation of Property); Fourteenth Amendment Due Process Clause (Unconstitutional Conditions of Confinement).

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Shaquille Gibson , is a citizen of the State of *(name)* Louisiana .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* Sheriff Bobby Guidroz, John Doe Deputies 1-10 , is incorporated under

the laws of the State of *(name)* Louisiana , and has its

principal place of business in the State of *(name)* Louisiana .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* St. Landry Parish Sheriffs Office .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$800,000,000+ because that's how much is proven and the articles I have on my personal property. I should legally say $1,000,000,000 per year like ODNI papers stated just to be correct and Was indeed part of the Elongate Scandal as the broader subject Oumuamua with the digital footprints on that current phone as ID content proof. Was independently connect to the

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On May 14, 2026, compliant Plaintiff Shaquille Gibson was arrested by St. Landry Parish deputies. Deputies repeatedly tasered Plaintiff, causing severe trauma, and stripped him naked publicly without justification. Defendants seized Plaintiff's phone containing high-value assets, defense records dating back to March 22, 2019, and microwave voice audio/BCI evidence. Plaintiff endured 20+ days solitary confinement in a filthy, compromised cell, reflecting documented jail neglect. Between June 19–20, personnel broadcast Plaintiff's private photos, social media, and Social Security Number, proving device custody. Upon release following amended charges, Defendants claimed the phone was missing, providing zero chain-of-custody or receipts.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Immediate emergency court order compelling the preservation of all jail router logs, intake video, evidence locker audit logs, and isolation cell intercom records from June.Compensatory damages for physical injuries, severe emotional distress, unconstitutional isolation, and the complete financial/intellectual value of the seized phone and digital assets.Punitive damages against individual John Doe deputies for malicious misconduct under color of law.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/2/26

Signature of Plaintiff _Sheqyle Blue_

Printed Name of Plaintiff Shaquille D. Gibson

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____